UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SMITH,<br><br>            Plaintiff,<br><br>    v.<br><br>SILVA, et al.,<br><br>            Defendants. | Case No.   1:15-cv-00451-BAM (PC)<br><br>APPEAL NO. 16-16842<br><br>ORDER REGARDING IN FORMA PAUPERIS STATUS ON APPEAL |

Plaintiff Gary Smith ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On July 1, 2016, the Court dismissed this action for Plaintiff's failure to state a claim. (ECF No. 22.) Plaintiff appealed.

On October 17, 2016, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether in forma pauperis status should continue for the appeal or whether the appeal is frivolous or taken in bad faith.  28 U.S.C. § 1915(a)(3).The Court finds that this appeal is not taken in bad faith and is not frivolous. Accordingly, in forma pauperis status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

   Dated:   **October 20, 2016**               /s/ *Barbara A. McAuliffe*           
                                         UNITED STATES MAGISTRATE JUDGE